UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - -- - - - - - - - - - x
                                      :
UNITED STATES OF AMERICA              :
                                      :    **INFORMATION**
    - v.-                             :
                                      :    S1 07 Cr. 480 (DC)
DAVID GRYNSZTAIN,                     :
                                      :
                Defendant.            :
- - - - - - - - - - - - - - - - x

## COUNT ONE

The United States Attorney charges:

1.    From at least in or about 1999, up to and
including in or about February 2006, in the Southern District of
New York and elsewhere, DAVID GRYNSZTAIN, the defendant, together
with others known and unknown, unlawfully, wilfully, and
knowingly, combined, conspired, confederated, and agreed together
and with each other to violate the laws of the United States, to
wit, to violate Sections 1546(a) and 1001 of Title 18, United
States Code.

2.    It was a part and an object of the conspiracy that
DAVID GRYNSZTAIN, the defendant, together with others known and
unknown, unlawfully, wilfully, and knowingly, did make under
oath, and as permitted under penalty of perjury under section
1746 of title 28, United States Code, knowingly subscribed as
true, a false statement with respect to a material fact in an
application, affidavit, and other document required by the
immigration laws and regulations prescribed thereunder, and

knowingly presented such application, affidavit, and other document which contained such false statement and which failed to contain any reasonable basis in law and fact, in violation of Title 18, United States Code, Section 1546(a).

3.    It was a further part and an object of the conspiracy that DAVID GRYNSZTAIN, the defendant, together with others known and unknown, in a matter within the jurisdiction of the Executive Branch of the Government of the United States, unlawfully, wilfully, and knowingly, would and did falsify, conceal, and cover up by trick, scheme and device a material fact, and would and did make a materially false, fictitious and fraudulent statement and representation, and would and did make and use a false writing and document knowing the same to contain a materially false, fictitious, and fraudulent statement and entry, in violation of Title 18, United States Code, Section 1001.

## **OVERT ACT**

4.    In furtherance of the conspiracy, and to effect the illegal objects thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

   a.    On or about August 28, 2005, while at the offices of the Law Firm, DAVID GRYNSZTAIN, the defendant, conveyed information to an individual ("I-1") associated with a Manhattan-based law firm ("Law Firm") with the understanding that, based on this information, I-1 would prepare and caused to be

filed with the United States Department of Labor
an  Application for Permanent Employment
Certification ("Application") that contained false
representations.

## GRYNSZTAIN'S ROLE IN THE CONSPIRACY

5.    From at least in or about 1999, up to and
including in or about February 2006, in the Southern District of
New York and elsewhere, DAVID GRYNSZTAIN, the defendant, then an
employee at the Law Firm, participated in the preparation of
numerous applications by non-United States citizens residing in
the United States ("Aliens") to obtain a change in their
immigration status ("Alien Applications"), with the understanding
that the Alien Applications would be conveyed to Executive Branch
officials responsible for participating in the process by which
Alien Applications are reviewed and evaluated ("Federal
Officials").  More than 100 of these Alien Applications were
fraudulent.  Among other things, GRYNSZTAIN directed Aliens to
obtain letters that falsely described the Aliens' prior work
experience, and to cause these fraudulent letters to be filed in
support of their Alien Applications.  In addition, and among
other things, GRYNSZTAIN participated in the preparation of Alien
Applications that indicated that a particular Alien had a bona
fide job offer for a United States-based employer when, in truth
and in fact, GRYNSZTAIN knew that such was not the case.

       (Title 18, United States Code, Section 371.)

3

## COUNT TWO

The United States Attorney further charges:

5.    From at least in or about 1999, up to and including in or about February 2006, in the Southern District of New York and elsewhere, DAVID GRYNSZTAIN, the defendant, unlawfully, wilfully, and knowingly, did make under oath, and as permitted under penalty of perjury under section 1746 of title 28, United States Code, knowingly subscribed as true, a false statement with respect to a material fact in an application, affidavit, and other document required by the immigration laws and regulations prescribed thereunder, and knowingly presented such application, affidavit, and other document which contained such false statement and which failed to contain any reasonable basis in law and fact.

(Title 18, United States Code, Sections 1546(a) and 2.)

## COUNT THREE

The United States Attorney further charges:

6.    From at least in or about 2005, up to and including in or about February 2006, in the Southern District of New York and elsewhere, DAVID GRYNSZTAIN, the defendant, together with others known and unknown, unlawfully, wilfully, and knowingly, combined, conspired, confederated, and agreed together and with each other to violate the laws of the United States, to

4

wit, to violate Section 201(b)(1) of Title 18, United States
Code.

7.    It was a part and an object of the conspiracy that
DAVID GRYNSZTAIN, the defendant, together with others known and
unknown, unlawfully, wilfully and knowingly, would and did
directly and indirectly, corruptly give, offer and promise a
thing of value to a public official, and would and did offer and
promise a public official to give a thing of value to another
person and entity, with intent to influence an official act, and
to influence such public official to commit and aid in
committing, and collude in, and allow, a fraud, and make
opportunity for the commission of a fraud, on the United States,
and to induce such public official to do and omit to do an act in
violation of the lawful duty of such official, in violation of
Title 18, United States Code, Section 201(b)(1).

**OVERT ACT**

8.    In furtherance of the conspiracy, and to effect
the illegal object thereof, the following overt act, among
others, was committed in the Southern District of New York and
elsewhere:

> A.    During December of 2005 and January of 2006,
> GRYNSZTAIN directed Aliens filing Alien
> Applications to make payments to a Law Firm
> employee ("Law Firm Employee #1"), with the
> understanding that Law Firm Employee #1 would then
> provide items of value, including money, to a
> Federal Official — to induce the Federal Official
> to alter or cause to be altered United States

Government records ("Records") in a manner that would increase the likelihood that a particular Alien Application would be approved, and an Alien's immigration status adjusted.

(Title 18, United States Code, Section 371.)

### FORFEITURE ALLEGATION

9. As a result of committing one or more of the offenses alleged in Counts One, Two, and Three of this Information, DAVID GRYNSZTAIN, the defendant, shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, any and all property, real and personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offenses, and all property traceable to such property.

### SUBSTITUTE ASSETS PROVISION

10. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a  third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

6

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

### - v. -

### DAVID GRYNSZTAIN,

### Defendant.

### **INFORMATION**

S1 07 Cr. 480  (DC)

Title 18, United States Code, Section
371, 1546(a), 2.

MICHAEL J. GARCIA
United States Attorney.