UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    - v -

                                    WAIVER OF INDICTMENT

DAVID GRYNSZTAIN,
                                    S1 07 Cr. 480 (DC)

          Defendant.

- - - - - - - - - - - - - - - - x

        The above-named defendant, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:    New York, New York
         June 8, 2007

JUN 0 8 2007

0202